PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: George Quintero                              Cr.: 04-00251-01
                                                               PACTS #: 34634

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 10/24/06

Original Offense: Conspiracy to Commit Theft of a Foreign Shipment

Original Sentence: five years probation; $186,874.37 restitution; $100 special assessment fee, six months home confinement; financial disclosure, substance abuse testing, and DNA testing.

Type of Supervision: Probation                    Date Supervision Commenced: 10/24/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Quintero's probation term is scheduled to expire on October 23, 2011 and he has an outstanding restitution obligation of $175,749.37. Although the offender has not made consistent monthly payments, he is not in arrears. |

U.S. Probation Officer Action: The probation office recommends that the offender's probation term be allowed to expire on October 23, 2011. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of probation.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 08/11/11

*Please respond with action to be taken:*

[X] Allow probation to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

8/24/11
Date